

# Fourth Court of Appeals
## San Antonio, Texas

July 8, 2015

No. 04-15-00182-CR

**EX PARTE** Juan **TORRES**

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2012-04-12006-CR
The Honorable Camile G. Dubose, Judge Presiding

**ORDER**

    In accordance with the court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION.

    It is so **ORDERED** on July 8, 2015.

_____
Rebeca C. Martinez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of July, 2015.

_____
Keith E. Hottle, Clerk